Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
DEBORAH ANN FOX

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN FOX | Case No. 2:17-cv-01663 CKD |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties (ECF No. 12), and good cause shown, Plaintiff shall have an extension of time, to and include February 16, 2018, in which to file Plaintiff's Motion for Summary Judgment, and all other deadlines set forth in the August 14, 2017 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: January 19, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE